KEKER & VAN NEST, LLP
MICHAEL D. CELIO - #197998
BENEDICT Y. HUR - #224018
JO WEINGARTEN – #246224
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email: mcelio@kvn.com
       bhur@kvn.com
       jweingarten@kvn.com

Attorneys for Plaintiff,
CLARENCE V. KNIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>    Plaintiff,<br><br> v.<br><br>M. J. NIMROD,<br><br>    Defendant. | Case No. C 00-0290 SBA (BZ) (PR)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SETTLEMENT<br>CONFERENCE** |

1 | Plaintiff Clarence V. Knight and Defendant M. J. Nimrod, pursuant to N.D. Civ. L.R. 7-
2 | 12, hereby file this stipulated request for a continuance of the August 17, 2007 Settlement
3 | Conference.
4 | On June 14, 2007, the Court set the schedule in this matter and ordered that a settlement
5 | conference occur between August 15 and August 27, 2007 [Docket No. 55]; and
6 | On July 10, 2007, the Court issued an order setting a Settlement Conference for August
7 | 17, 2007 at 9:00 a.m [Docket No. 67]; and
8 | Lead trial counsel for Knight—Michael Celio—is unavailable from August 17-24, 2007;
9 | and
10 | Counsel for M.J. Nimrod is unavailable on August 15-16, 2007; and
11 | Counsel for M.J. Nimrod does not oppose the continuance sought by counsel for Knight;
12 | and
13 | The extension would not affect any other deadlines set by the Court.
14 | NOW THEREFORE, the parties hereby stipulate and agree as follows:
15 | 1.   The Settlement Conference shall be continued to August 27, 2007, at a time to be
16 | determined by the Court.
17 | 2.   Each party shall prepare a Settlement Conference Statement that shall be served
18 | on opposing counsel and lodged with the Court no later than seven calendar days before the
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

Settlement Conference. Each party's Settlement Conference Statement shall comply with the requirements specified in the Court's July 10, 2007 Order [Docket No. 67].

IT IS SO STIPULATED.

Dated: July 24, 2007                                KEKER & VAN NEST, LLP


By: s/ Michael D. Celio
MICHAEL D. CELIO
Attorneys for Plaintiff
CLARENCE V. KNIGHT

Dated: July 24, 2007                                OFFICE OF THE ATTORNEY GENERAL
EDMUND G. BROWN JR.


By: s/ Virginia I. Papan
[*Concurrence Obtained General Order 45 § X.B*]
VIRGINIA I. PAPAN
Attorneys for Defendant,
M. J. NIMROD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 25, 2007

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*