KEKER & VAN NEST, LLP
MICHAEL D. CELIO - #197998
BENEDICT Y. HUR - #224018
JO WEINGARTEN – #246224
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email:  mcelio@kvn.com
          bhur@kvn.com
          jweingarten@kvn.com

Attorneys for Plaintiff,
CLARENCE V. KNIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>                              Plaintiff,<br><br>        v.<br><br>M. J. NIMROD,<br><br>                              Defendant. | Case No. C 00-0290 SBA (BZ) (PR)<br>**AMENDED**<br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING SETTLEMENT**<br>**CONFERENCE** |

1   Plaintiff Clarence V. Knight and Defendant M. J. Nimrod, pursuant to N.D. Civ. L.R. 7-

2   12, hereby file this stipulated request for a continuance of the August 17, 2007 Settlement

3   Conference.

4   On June 14, 2007, the Court set the schedule in this matter and ordered that a settlement

5   conference occur between August 15 and August 27, 2007 [Docket No. 55]; and

6   On July 10, 2007, the Court issued an order setting a Settlement Conference for August

7   17, 2007 at 9:00 a.m [Docket No. 67]; and

8   Lead trial counsel for Knight—Michael Celio—is unavailable from August 17-24, 2007;

9   and

10   Counsel for M.J. Nimrod is unavailable on August 15-16, 2007; and

11   Counsel for M.J. Nimrod does not oppose the continuance sought by counsel for Knight;

12   and

13   The extension would not affect any other deadlines set by the Court.

14   NOW THEREFORE, the parties hereby stipulate and agree as follows:

15   1.   The Settlement Conference shall be continued to August 27, 2007, at a time to be

16   determined by the Court.

17   2.   Each party shall prepare a Settlement Conference Statement that shall be served

18   on opposing counsel and lodged with the Court no later than seven calendar days before the

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

399471.01

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
CASE NO. C 00-0290 SBA (PR)

1 | Settlement Conference.  Each party's Settlement Conference Statement shall comply with the

2 | requirements specified in the Court's July 10, 2007 Order [Docket No. 67].

3 |      IT IS SO STIPULATED.

4 |

5 | Dated:  July 24, 2007                   KEKER & VAN NEST, LLP

6 |

7 |                     By:  s/ Michael D. Celio

8 |                           MICHAEL D. CELIO / Attorneys for Plaintiff

9 |                           CLARENCE V. KNIGHT

10 | Dated:  July 24, 2007                   OFFICE OF THE ATTORNEY GENERAL / EDMUND G. BROWN JR.

11 |

12 |                     By:  s/ Virginia I. Papan

13 |                           [*Concurrence Obtained General Order 45 § X.B*]

14 |                           VIRGINIA I. PAPAN / Attorneys for Defendant, / M. J. NIMROD

15 |

16 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17 |

18 | Dated:____July 25, 2007____

19 |                       HON. BERNARD ZIMMERMAN / UNITED STATES MAGISTRATE JUDGE

20 |

21 | **CONFERENCE SHALL**

22 | **BEGIN**

23 | **AT 1:30 P.M.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Bernard Zimmerman

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE
CASE NO. C 00-0290 SBA (PR)

399471.01