IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIGHT,<br><br>            Plaintiff,<br><br>    v.<br><br>NIMROD,<br><br>            Defendant.<br>_____/ | No. C-00-00290 SBA (EDL)<br><br>**ORDER RE DISCOVERY DISPUTES RAISED IN FAXED LETTERS DATED AUGUST 23, 2007 AND MOTION TO COMPEL (DOC. NO. 83)** |

On August 24, 2007, the Court held a hearing on discovery issues raised by the parties in letters faxed to chambers August 23, 2007, and on Plaintiff's motion to compel filed August 23, 2007 (Doc. No. 83). For good cause shown, and for the reasons stated at the hearing, the Court orders as follows:

1. Depositions noticed by Plaintiff after the discovery cut-off are timely only if Plaintiff's pending Motion to Extend Discovery Cut-Off is granted by Judge Armstrong. Otherwise, they are untimely and the notices are quashed.

2. By August 27, 2007, the parties shall file with the Court a declaration in accordance with paragraph six (6) of this Court's standing order re discovery procedures, filed in this action on July 27, 2007 (Doc. No. 74).

3. Plaintiff's request for sanctions is denied without prejudice.

**IT IS SO ORDERED.**

Dated: August 24, 2007



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge