1
2
3
4
5
6
7
8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
OAKLAND DIVISION

11

| | |
|---|---|
| **CLARENCE V. KNIGHT,** | C 00-0290 SBA |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF CLARENCE V. KNIGHT, CDCR No. C-07508** |
| **v.** | |
| **M. J. NIMROD,** | |
| Defendant. | |

17      Plaintiff, **CLARENCE C. KNIGHT, CDCR No. C-07508**, a necessary and material

18  witness in proceedings in this case **beginning on September 19, 2007, at 8:30 a.m.**, is confined

19  at Salinas Valley State Prison in the custody of the Warden Mike Evans.  In order to secure this

20  inmate's attendance at the trial scheduled for September 19, 20, 21, and possibly 24, 2007 in

21  Courtroom 3 of the United States District Court for the Northern District of California, it is

22  necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of

23  Clarence V. Knight, CDCR No. C-07508, to produce said inmate in **Courtroom 3 of the United**

24  **States District Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California 94612, the**

25  **Honorable Saundra B. Armstrong presiding, beginning on September 19, 2007, at 8:30**

26  **a.m. and the subsequent trial days beginning at 8:30 a.m.**

27
28

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate          *Clarence V. Knight v. Nimrod*
                                                                                          Case No. C 00-0290 SBA

1

1    **ACCORDINGLY, IT IS ORDERED that:**

2        1.    A Writ of Habeas Corpus ad Testifcandum issue, under the seal of this court,

3    commanding the Warden of Salinas Valley State Prison and the California Department of

4    Corrections and Rehabilitation to produce inmate **Clarence V. Knight, CDCR No. C-07508,** to

5    testify in the United States District Court for the Northern District of California at the time and

6    place above, and from day to day until completion of court proceedings or as ordered by the

7    Court, and thereafter to return the inmate to the above institution.

8        2.    The custodian is ordered to notify the Court of any change in custody of this inmate

9    and is ordered to provide the new custodian with a copy of this writ.

10   **WRIT OF HABEAS CORPUS AD TESTIFCANDUM**

11       To:  The Warden of Salinas Valley State Prison,

12       **YOU ARE COMMANDED** to produce inmate **Clarence V. Knight, CDCR No. C-07508,**

13   to testify in the United States District Court for the Northern District of California at the time

14   and place above, and from day to day until completion of court proceedings or as ordered by the

15   Court, and thereafter to return the inmate to the above institution.

16       **FURTHER**, you have been ordered to notify the Court of any change in custody of this

17   inmate and is ordered to provide the new custodian with a copy of this writ.

18       **IT IS SO ORDERED.**

19   Dated:  8/27/07                              _____

20                                               The Honorable Saundra B. Armstrong
                                                 United States District Judge

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate          *Clarence V. Knight v. Nimrod*
                                                                                         Case No. C 00-0290 SBA

2