1  KEKER & VAN NEST, LLP
   MICHAEL D. CELIO - #197998
2  BENEDICT Y. HUR - #224018
   JO WEINGARTEN – #246224
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5  Email: mcelio@kvn.com
          bhur@kvn.com
6         jweingarten@kvn.com

7  Attorneys for Plaintiff,
   CLARENCE V. KNIGHT
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13 | CLARENCE V. KNIGHT,          | Case No. C 00-0290 SBA (PR)

14 |                    Plaintiff, | **ORDER EXTENDING TIME TO TAKE DEPOSITIONS**

15 |         v.

16 | M. J. NIMROD,                 | Judge: Hon. Saundra Brown Armstrong

17 |                    Defendant. | Trial Date: September 26, 2007

18

19

20

21

22

23

24

25

26

27

28

1  This matter came before the Court during the parties' September 11, 2007 pretrial conference. During the pretrial conference, Plaintiff Clarence V. Knight requested a brief extension to conduct the depositions of the California Department of Corrections, the California Office of the Inspector General, and the Office of the Ombudsman. The Court had previously ordered these depositions to take place no later than September 14, 2007.

The Court finds that a brief extension is appropriate here in light of the continuance of the trial date and difficulties in scheduling these depositions.

Accordingly, IT IS HEREBY ORDERED THAT

The discovery cut-off shall be extended to allow Plaintiff to take Fed. R. Civ. P. 30(b)(6) depositions of the California Department of Corrections, the California Office of the Inspector General, and the Office of the Ombudsman. The depositions shall occur at a mutually agreeable time before September 19, 2007, and shall be limited to the topics included in the subpoenas submitted with Plaintiff's Motion to Extend the Discovery Cut-off.

**IT IS SO ORDERED.**

Dated: 9/14/07                    _____
                                  HON. SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE