KEKER & VAN NEST, LLP
MICHAEL D. CELIO - #197998
BENEDICT Y. HUR - #224018
JO F. WEINGARTEN - #246224
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email: mcelio@kvn.com
       bhur@kvn.com
       jweingarten@kvn.com

Attorneys for Plaintiff
CLARENCE V. KNIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>                        Plaintiff,<br><br>    v.<br><br>M. J. NIMROD,<br><br>                       Defendant. | Case No. C 00-0290 SBA (PR)<br><br>**ORDER REGARDING PLAINTIFF CLARENCE V. KNIGHT'S ATTIRE AND RESTRAINTS AT TRIAL STARTING SEPTEMBER 26, 2007**<br><br>Judge:    Hon. Saundra Brown Armstrong<br><br>Trial Date: September 26, 2007 |

[PROPOSED] ORDER REGARDING PLAINTIFF CLARENCE V. KNIGHT'S ATTIRE AND RESTRAINTS AT TRIAL STARTING SEPTEMBER 26, 2007
CASE NO. C 00-0290 SBA (PR)

402646.01

1    This matter came before the Court during the parties' September 11, 2007 pretrial conference.  During the pretrial conference, and in his previously filed Administrative Motion [Dkt. 161], Plaintiff Clarence V. Knight requested permission to wear plain clothes at trial and to appear before the jury without physical restraints, such as shackles.

The Court finds that Mr. Knight's appearance in plain clothes and in the absence of restraints is appropriate here, based on information currently available.

Accordingly, IT IS HEREBY ORDERED THAT:

Mr. Knight shall appear at trial, starting September 26, 2007 and continuing through the end of trial, in plain clothes, to be provided by his counsel.  Further, Mr. Knight shall appear at trial in the absence of physical restraints, such as shackles, unless defendants demonstrates to the Court's satisfaction, the need for such restraints.

**IT IS SO ORDERED**.

DATED:  9/14/07

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE