1  KEKER & VAN NEST, LLP
MICHAEL D. CELIO - #197998
2  BENEDICT Y. HUR - #224018
JO F. WEINGARTEN - #246224
3  710 Sansome Street
San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
5  Email: mcelio@kvn.com
        bhur@kvn.com
6        jweingarten@kvn.com

7  Attorneys for Plaintiff
CLARENCE V. KNIGHT

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13

| CLARENCE V. KNIGHT, | Case No. C 00-0290 SBA (PR) |
|---|---|
| Plaintiff, | **ORDER REGARDING PLAINTIFF CLARENCE V. KNIGHT'S COURTROOM EQUIPMENT FOR TRIAL STARTING SEPTEMBER 26, 2007** |
| v. | |
| M. J. NIMROD, | Judge:      Hon. Saundra Brown Armstrong |
| Defendant. | Trial Date: September 26, 2007 |

402652.01

1  The trial in this action is scheduled to begin on Wednesday, September 26, 2007, at 8:30 a.m.

2  Plaintiff Clarence V. Knight hereby requests permission to set up the following equipment in

3  Courtroom 3, on Tuesday, September 25, 2007:

4  • One laptop computer with computer mouse and portable hard drive

5  • Five LCD Computer Monitors

6  • One Digital Projector

7  • One Overhead Elmo Projector

8  • One Projector Stand

9  • One Projection Screen

10  • One Switching Box

11  • Two Speakers

12  • Various extension cords, audio and video cables, power strips, and duct tape.

13  Mr. Knight further requests permission to bring two laptop computers (each with

14  computer mouse and portable hard drive) into Courtroom 3 for each day of the trial.

15

16  Dated: September 12, 2007                     KEKER & VAN NEST, LLP

17

18
                                               By: /s/ Jo F. Weingarten
19                                                 JO F. WEINGARTEN
                                                   Attorneys for Plaintiff
20                                                 CLARENCE V. KNIGHT

21

22  **IT IS SO ORDERED**.

23

24  Dated:    9/14/07

25                                             HON. SAUNDRA BROWN ARMSTRONG
                                               UNITED STATES DISTRICT JUDGE
26

27

28

1

PLAINTIFF CLARENCE V. KNIGHT'S REQUEST AND [PROPOSED] ORDER REGARDING
COURTROOM EQUIPMENT FOR TRIAL STARTING SEPTEMBER 26, 2007
Case No. 06-2071-VRW

402652.01