KEKER & VAN NEST, LLP
MICHAEL D. CELIO - #197998
BENEDICT Y. HUR - #224018
JO F. WEINGARTEN - #246224
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: mcelio@kvn.com
       bhur@kvn.com
       jweingarten@kvn.com

Attorneys for Plaintiff
CLARENCE V. KNIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>                Plaintiff,<br><br>   v.<br><br>M. J. NIMROD,<br><br>                Defendant. | Case No. C 00-0290 SBA (PR)<br>AMENDED<br>**ORDER REGARDING PLAINTIFF CLARENCE V. KNIGHT'S COURTROOM EQUIPMENT FOR TRIAL STARTING SEPTEMBER 26, 2007**<br><br>Judge:    Hon. Saundra Brown Armstrong<br><br>Trial Date: September 26, 2007 |

---

PLAINTIFF CLARENCE V. KNIGHT'S REQUEST AND [PROPOSED] ORDER REGARDING
COURTROOM EQUIPMENT FOR TRIAL STARTING SEPTEMBER 26, 2007
CASE NO. C 00-0290 SBA (PR)

402652.01

1  The trial in this action is scheduled to begin on Wednesday, September 26, 2007, at 8:30 a.m.
2  Plaintiff Clarence V. Knight hereby requests permission to set up the following equipment in
3  Courtroom 3, on Tuesday, September 25, 2007:

- One laptop computer with computer mouse and portable hard drive
- Five LCD Computer Monitors
- One Digital Projector
- One Overhead Elmo Projector
- One Projector Stand
- One Projection Screen
- One Switching Box
- Two Speakers
- Various extension cords, audio and video cables, power strips, and duct tape.

Mr. Knight further requests permission to bring two laptop computers (each with computer mouse and portable hard drive) into Courtroom 3 for each day of the trial.

Dated: September 12, 2007                                KEKER & VAN NEST, LLP


                                                         By: /s/ Jo F. Weingarten
                                                             JO F. WEINGARTEN
                                                             Attorneys for Plaintiff
                                                             CLARENCE V. KNIGHT


**IT IS SO ORDERED**.


Dated:   9/14/07                                         *Saundra B. Armstrong*
                                                         HON. SAUNDRA BROWN ARMSTRONG
                                                         UNITED STATES DISTRICT JUDGE

---

1

PLAINTIFF CLARENCE V. KNIGHT'S REQUEST AND [PROPOSED] ORDER REGARDING
COURTROOM EQUIPMENT FOR TRIAL STARTING SEPTEMBER 26, 2007
Case No. 06-2071-VRW

402652.01