IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>M. J. NIMROD,<br><br>　　　　　　　　　　Defendant. | C 00-0290 SBA<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF CLARENCE V. KNIGHT, CDCR No. C-07508** |

　　　Plaintiff, **CLARENCE V. KNIGHT, CDCR No. C-07508**, a necessary and material witness in proceedings in this case **beginning on September 26, 2007, at 8:30 a.m.**, is confined at Salinas Valley State Prison in the custody of the Warden Mike Evans. In order to secure this inmate's attendance at the trial scheduled for September 26, 27, 28, 2007 and possibly October 1, 2007 in Courtroom 3 of the United States District Court for the Northern District of California, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of Clarence V. Knight, CDCR No. C-07508, to produce said inmate in **Courtroom 3 of the United States District Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California 94612, the Honorable Saundra B. Armstrong presiding, beginning on September 26, 2007, at 8:30 a.m. and the subsequent trial days beginning at 8:30 a.m.**

/ / /

/ / /

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate　　*Clarence V. Knight v. Nimrod*
Case No. C 00-0290 SBA

1

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testifcandum issue, under the seal of this court, commanding the Warden of Salinas Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate **Clarence V. Knight, CDCR No. C-07508,** to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Writ of Habeas Corpus ad Testifcandum issued by the Court on August 27, 2007 is vacated.  (Ct. Docket No. 88.)

**WRIT OF HABEAS CORPUS AD TESTIFCANDUM**

To: The Warden of Salinas Valley State Prison,

**YOU ARE COMMANDED** to produce inmate **Clarence V. Knight, CDCR No. C-07508,** to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: 9/25/07

_____
The Honorable Saundra B. Armstrong
United States District Judge

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate     *Clarence V. Knight v. Nimrod*
Case No. C 00-0290 SBA