1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5975
    Fax:  (415) 703-5843
8   Email:  Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendant Matthew J. Nimrod

10

11                 IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14
   CLARENCE V. KNIGHT,                    C 00-0290 SBA
15
                        Plaintiff,        STIPULATION FOR WAIVER
16                                        OF COSTS AND [PROPOSED]
             v.                           ORDER OF DISMISSAL
17
   M. J. NIMROD,
18
                        Defendant.
19

20     The parties agree as follows:

21     A.  Plaintiff Clarence V. Knight (Plaintiff) filed an amended complaint in this action on

22         April 6, 2000.  (Ct. Docket No. 5.)

23     B.  In his amended complaint, Plaintiff alleged that while he was incarcerated at Pelican

24         Bay State Prison Defendant Matthew J. Nimrod deprived him of his First Amendment

25         rights under the Constitution by preventing Plaintiff from filing a grievance against

26         Defendant himself.

27     C.  This matter proceeded to trial against Defendant on September 26, 27, 28, and October

28         2, 2007.  At the conclusion of the trial, the jury verdict was in favor of Defendant

Stip. Waiver Costs & Order                          Clarence V. Knight v. Nimrod
                                                           C 00-0290 SBA
                              1

1  Nimrod.
2  D. Costs for Defendant were taxed in the amount of $8,804.93 against Plaintiff on
3     November 19, 2007. (Ct. Docket 227.)
4  E. Plaintiff filed a motion for a new trial with a hearing date before this Court scheduled
5     for February 12, 2008. (Ct. Docket 223.)
6  F. Plaintiff filed a motion for review of clerk's taxation of costs with a hearing date
7     before this Court scheduled for February 12, 2008. (Ct. Docket 228 & 230.)

THE PARTIES STIPULATE AS FOLLOWS:

1. Plaintiff agrees to the voluntary withdrawal of his motion for a new trial.
2. Plaintiff agrees to the voluntary withdrawal of his motion for review of clerk's taxation of costs.
3. Plaintiff agrees to a waiver of his right to appeal any issue against Defendant arising from this action.
4. Plaintiff agrees to termination of this action with prejudice.
5. In consideration for a release of all claims and a stipulation of dismissal of any pending matter in this action, the California Department of Corrections and Rehabilitation (CDCR) and Defendant agree to a waiver of all assessed costs against Plaintiff in this action.
6. In consideration for the waiver set forth in Paragraph 5, Plaintiff completely releases and forever discharges Defendant, all served and unserved defendants, CDCR, CDCR agents and employees, Pelican Bay State Prison from any and all claims in this action

///
///
///
///
///

Stip. Waiver Costs & Order

*Clarence V. Knight v. Nimrod*
C 00-0290 SBA

1  as alleged in Plaintiff's amended complaint.
2  IT IS SO STIPULATED.
3
4  Date:_____          Keker & Van Nest, LLP
5                                    By: _____
6                                    Benedict Y. Hur
                                      Attorney for Plaintiff Clarence V. Knight
7
8  Date: 1/22/08                     Edmund G. Brown Jr.
9                                    Attorney General of the State of California
10                                   By: _____
                                      Trace O. Maiorino
11                                    Deputy Attorney General
                                      Attorneys for Defendant Matthew J. Nimrod
12
13
                                      ORDER
14
       IT IS HEREBY ORDERED that Plaintiff's motion for a new trial and motion for review of
15
   clerk's taxation of costs have been withdrawn. The February 12, 2008 hearing date for the
16
   motions is vacated. Final judgment was entered in favor of Defendant on October 10, 2007. As
17
   such, this suit is terminated and the Clerk shall close the file.
18
   IT IS SO ORDERED.
19
20 Dated: 1/24/08                     _Saundra B Armstrong_
                                      THE HONORABLE SAUNDRA BROWN ARMSTRONG
21                                    United States District Court Judge
22
23
24
25
26
27
28

Stip. Waiver Costs & Order                                    *Clarence V. Knight v. Nimrod*
                                                              C 00-0290 SBA

                                      3

1  as alleged in Plaintiff's amended complaint.
2  IT IS SO STIPULATED.
3  Date: 1/22/2007

                        Keker & Van Nest, LLP

                        By: _____
                            Benedict Y. Hur
                            Attorney for Plaintiff Clarence V. Knight

Date: _____
                        Edmund G. Brown Jr.
                        Attorney General of the State of California

                        By: _____
                            Trace O. Maiorino
                            Deputy Attorney General
                            Attorneys for Defendant Matthew J. Nimrod

### ORDER

IT IS HEREBY ORDERED that Plaintiff's motion for a new trial and motion for review of clerk's taxation of costs have been withdrawn. The February 12, 2008 hearing date for the motions is vacated. Final judgment was entered in favor of Defendant on October 10, 2007. As such, this suit is terminated and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: _____
                        THE HONORABLE SAUNDRA BROWN ARMSTRONG
                        United States District Court Judge