KEKER & VAN NEST, LLP
MICHAEL D. CELIO - #197998
BENEDICT Y. HUR - #224018
JO W. GOLUB - #246224
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: mcelio@kvn.com
       bhur@kvn.com
       jgolub@kvn.com

Attorneys for Plaintiff
CLARENCE V. KNIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>                    Plaintiff,<br><br>   v.<br><br>M. J. NIMROD,<br><br>                    Defendant. | Case No. C 00-0290 SBA (PR)<br><br>**PLAINTIFF CLARENCE V. KNIGHT'S REQUEST TO RETRIEVE EXHIBITS AND ORDER**<br><br>Judge: Hon. Saundra Brown Armstrong |

Pursuant to N.D. Cal. Civ. L.R. 79-4 and the Clerk of the Court's February 12, 2008 Notice [Docket No. 233], Plaintiff Clarence V. Knight respectfully requests that the Court permit Plaintiff's authorized representative to retrieve Plaintiff's trial exhibits.

Dated: February 12, 2008                                  KEKER & VAN NEST, LLP

                                  By:  /s/ Benedict Y. Hur
                                        BENEDICT Y. HUR
                                        Attorneys for Plaintiff
                                        CLARENCE V. KNIGHT

### **PROPOSED ORDER**

Pursuant to N.D. Cal. Civ. L.R. 79-4, the Court hereby grants Plaintiff's request. The Clerk of the Court is ordered to permit Plaintiff's authorized representative to retrieve Plaintiff's trial exhibits.

**IT IS SO ORDERED.**

Dated: 2/13/08                                  _____
                                      HON. SAUNDRA BROWN ARMSTRONG
                                      UNITED STATES DISTRICT JUDGE